IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | Civil No.: 3:16-cv-498 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| J. ALEMAN-ACEVEDO, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this **12th** day of December, 2016, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 15) to remove Plaintiff's *in forma pauperis* status and stay proceedings is **GRANTED**.

2. The Court's Order dated April 8, 2016 (Doc. 9) is **VACATED** in part, in that Plaintiff's motion to proceed without full prepayment of fees and costs is removed.

3. Plaintiff shall send to the Clerk of Court a check or money order in the amount of $400.00 within thirty (30) days of the date of this Order. Failure to do so will result in the dismissal of the complaint pursuant to 28 U.S.C. § 1915(g).

4. This case is **STAYED** pending receipt of Plaintiff's filing fee.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge