## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | Civil No.: 3:16-cv-498 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| J. ALEMAN-ACEVEDO, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this  13th  day of January, 2017, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration, (Doc. 23), is **DENIED**.

Robert D. Mariani
United States District Judge